**Order entered August 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01421-CR

### STACY STINE CARY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81637-2011**

## ORDER

The Court **GRANTS** appellant's August 5, 2013 motion for extension of time to file appellant's reply brief.

We **ORDER** appellant to file the reply brief within **SEVEN DAYS** from the date of this order.

/s/    LANA MYERS
        JUSTICE